UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| ANTHONY QUINN MARTIN | ) CASE NO. 18-54511-PMB |
| | ) |
| | ) |
| DEBTOR. | ) |

## CHAPTER 13 TRUSTEE'S
## OBJECTION TO CONFIRMATION & MOTION TO DISMISS

COMES NOW Melissa J. Davey, Chapter 13 Trustee, and objects to confirmation of the plan and files this motion to dismiss under 11 U.S.C. Section 1307(c), for cause, including the following reasons:

1. The plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d).

2. The Debtor has failed to pay the Chapter 13 Plan payments to the Trustee as required by 11 U.S.C. Section 1326.

3. Pursuant to testimony at the meeting of creditors, the Debtor has not filed all tax returns that have come due in the four (4) years preceding the filing of this case, in violation of 11 U.S.C. Section 1308 (a). The Debtor should provide evidence that the tax returns have been filed for 2011, 2012, 2013, 2014, 2015, 2016, and 2017.

4. The Debtor has failed to provide the Trustee with a copy of the federal income tax return for the most recent tax year ending immediately before the commencement of the instant case in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

5. Pursuant to information received from the Internal Revenue Service, 2012, 2013, 2014, 2015, 2016, and 2017 tax returns have not been provided to the taxing authorities, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 Plan in violation of 11 U.S.C. Sections 1322(d) and 1325(a)(6).

6. Debtor's Chapter 13 Plan and schedules are inaccurate and/or incomplete, as they fail to include that First Franklin Financial has been garnishing Debtor's wages post-petition, preventing the Trustee from determining the duration and/or feasibility of the proposed Plan. 11 U.S.C. Sections 1322(d) and 1325(a)(6).

Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

      7.     The Chapter 13 Trustee is unable to administer the provisions in the Chapter 13 Plan regarding the claim of First Franklin Financial (interest rate). The Plan should be amended to clarify the creditor's treatment and/or to provide additional information to allow administration of the payments to the creditor. Further, if no part of the lien is to be avoided, the claim should be addressed in a different section. The Trustee notes that the final claim is secured by a 2003 Audi.

      8.     The Chapter 13 Plan fails to provide for the assumption and funding or rejection of executory contract owed to Hills at Breckinridge in violation of 11 U.S.C. Section 365(b)(1)(C).

      9.     Debtor's Chapter 13 Plan provides for avoidance of a lien in Paragraph 3.4; however, this provision contains an error in the calculation, either preventing the Trustee from administering this provision and/or properly treating First Franklin Financial.

      10.    The Chapter 13 plan proposes to pay $4,750.00 to the Debtor's Attorney for payment of attorney fees. The Trustee is unable to determine whether this is a reasonable fee and would request that Debtor's counsel appear at confirmation and be prepared to present evidence to the Court regarding the reasonableness of the requested fee.

    WHEREFORE, Trustee moves this Honorable Court to inquire into the above objections at the separately scheduled and noticed confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

/s/ Melissa J. Davey
Melissa J. Davey
Chapter 13 Trustee
GA Bar No. 206310

Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| ANTHONY QUINN MARTIN | ) | |
| | ) | CASE NO.: 18-54511-PMB |
| | ) | |
| DEBTOR. | ) | |

18-54511-PMB              **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

    DEBTOR(S):
    ANTHONY QUINN MARTIN
    3450 BRECKINRIDGE BLVD
    APT. 402
    DULUTH, GA  30096

    DEBTOR(S) ATTORNEY:
    SLIPAKOFF & SLOMKA, PC
    OVERLOOK III, SUITE 1700
    2859 PACES FERRY RD, SE
    ATLANTA, GA  30339

in the foregoing matter with a copy of this Objection to Confirmation & Motion to Dismiss by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

Wednesday, May 16, 2018

/s/
Melissa J. Davey
GA Bar No. 206310
Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:    678-510-1450