**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| ANTHONY QUINN MARTIN ) | CASE NO. 18-54511-PMB |
| ) | |

**DEBTOR'S AMENDMENT TO ATTORNEY DISCLOSURE STATEMENT**

COME NOW Debtor and amends the Chapter 13 Schedules to provide the following:

1.  Debtor amends the Attorney Disclosure Statement as attached, to update required language.

WHEREFORE, Debtors pray that this Amendment be allowed, and for such other and further relief as the Court deems appropriate and just.

    Respectfully submitted
this 26th day of September 2018

   /s/
Howard P. Slomka
Attorney for Debtor
Georgia Bar No. 652875
Slipakoff & Slomka, PC
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, GA 30339
se@myatllaw.com
(404) 800-4001

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Northern District of Georgia

| | | |
|---|---|---|
| In re **Anthony Quinn Martin** | Case No. | **18-54511** |
| Debtor(s) | Chapter | **13** |

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---:|
   | For legal services, I have agreed to accept | $ | 4,500.00 |
   | Prior to the filing of this statement I have received | $ | 0.00 |
   | Balance Due | $ | 4,500.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

   **If this case if filed under Chapter 7, the above-disclosed fee includes the following services:**

   **Negotiations with secured creditors to reduce to market value of personal property; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522 (f)(2)(A) for avoidance of liens on household goods.**

   **I certify that a copy of the Debtor the Rights and Responsibilities Statement as set forth in General Order No. 9 dated September 8, 2003, has been provided to, and discussed with, the debtor(s).**

   **If this case is filed under Chapter 13, the above-disclosed fee includes the following services:**

   **Helping client obtain pre-filing credit briefing**
   **Helping client obtain pay advices**
   **Helping client obtain tax transcripts/returns**
   **Initial Intake**
   **Change of address**
   **Stop creditor actions against client**
   **Motion to Extend Stay or to Impose Stay - for second case within a year or third case within a year respectively.**
   **Motion for Finding of Exigent Circumstances**
   **Obtaining Employment Deduction Order and serving employer**
   **Order to Vacate Employer Deduction Order**
   **341 Hearing and Reset Hearing**
   **Confirmation Hearing and Reset Confirmation Hearing**
   **Modification necessary to confirm plan**
   **Lien avoidances necessary to confirm plan**
   **Objections to claim necessary to confirm plan**
   **Bar date review (and all resulting/related pleadings)**
   **Provide information in obtaining pre-discharge financial counseling certificates**
   **Pre-Confirmation trustee or creditor motions to modify plan**

In re    **Anthony Quinn Martin**                                             Case No.  **18-54511**
         Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED
## (Continuation Sheet)

**I certify that a copy of the Rights and Responsibilities Statement which is referenced in General Order No. 6-2006 has been provided to, and discussed with the debtor(s).**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   **If this case is filed under Chapter 13, the above-disclosed fee does not include the following services:**

   **The following services are $300.00 - Post Confirmation Amendment to SOFA or Schedules; Application to Employ Professional; Letter to Retain Tax Refunds, Motion to suspend or excuse plan payments.**

   **The following services are $500.00 - Post Confirmation Abandonment of Property; Post-Confirmation modification of plan payment; Post-confirmation MFRS for non-payment or no insurance; Application for outside loan; Post Bar date review objection to claim; Objections to Fees per rule 3002.1; Motion to Reopen, Vacate, or Reconsider Dismissal; Motion to Re-Impose Stay; Motion to Retain Tax Refunds; Defense of TMTD.**

   **The following services are $750.00 - Post confirmation MFRs based on payment disputes; Motion to Sell property of the estate; Motion to Approve Compromise and Settlement Proceeds; Motion to Modify Loan, Refinance, or Incur Debt; Motion to ratify or validate loan; Motion to Sever/Dismiss as to one joint debtor**

   **The following services are not included in the base fee are billed at an hourly rate of $300/hour: Adversary Proceedings; Appellate Practices; Rule 2004 Examinations; Evidentiary Hearings; Section 505 hearing (determining tax liability); Post-filing, Pre-Divorce case analysis and financial planning; Motion to Redeem; Motions for Contempt; Actions to enforce the Automatic Stay; Actions to enforce the Bankruptcy Discharge.**

   **The Slomka Law Firm, PC reserves the right and may keep time and expense records for any non-base service and apply to the court for the approval of the fees and expenses incurred. All base and non-base fees for Chapter 13 cases will be added to your plan (unless paid directly by the Debtor or a third party) and paid directly through your plan. Non-base fees added to your plan may result in an increase in your monthly payment, an extension of time in your plan, or both.**

   **If the case is converted to another chapter or dismissed prior to confirmation of the Plan, Debtor directs the Trustee to pay fees to Debtor's attorney from funds available of $2,500.00. If the case is converted or dismissed after the confirmation of the Plan, Debtor directs the Trustee to pay to Debtor's attorney from funds available, any allowed fees which are unpaid.**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. Pursuant to General Order No. 9, I certify that I provided to the debtor(s) a copy of the "Rights and Responsibilities Statement Between Chapter 13 Debtors and Their Attorneys." I certify that a copy of each of the notices required by 11 U.S.C. Section 342(b), 527(a)(2) and Section 527(b) have been provided to, and discussed with the Debtor.

| | |
|---|---|
| **September 26, 2018** | **/s/ Howard Slomka** |
| *Date* | **Howard Slomka 652875  GA** |
| | *Signature of Attorney* |
| | **Slipakoff & Slomka PC** |
| | **Overlook III, 2859 Paces Ferry Rd, SE** |
| | **Suite 1700** |
| | **Atlanta, GA 30339** |
| | **404-800-4001   Fax: 1-888-259-6137** |
| | *Name of law firm* |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| ANTHONY QUINN MARTIN ) | CASE NO. 18-54511-PMB |
| ) | |

**DECLARATION UNDER PENALTY OF PERJURY**

I (We) declare under penalty of perjury that the foregoing is true and correct to the best of my (our) knowledge, information and belief.

Done, this 26th day of September 2018.

/s/
Anthony Quinn Martin

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §152 and §3571.

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| ANTHONY QUINN MARTIN ) | CASE NO. 18-54511-PMB |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that I am more than 18 years of age, and that on this day; I served a copy of the foregoing amendments upon the following by:

**Anthony Quinn Martin** (hand delivery)
3450 Breckinridge Blvd
Apt. 402
Duluth, GA 30096

I further certify that, by agreement of parties, Melissa J. Davey, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system

Done, this 26th day of September 2018.

/s/
Howard P. Slomka
Attorney for Debtor
Georgia Bar No. 652875
Slipakoff & Slomka, PC
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, GA 30339
se@myatllaw.com
(404) 800-4001
Atlanta, GA 30308