IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

ANTHONY QUINN MARTIN      :    CHAPTER 13
                :
   Debtor.           :    CASE NO.: 18-54511-PMB
                :

NOTICE OF HEARING ON CONFIRMATION OF PLAN AND OF
DEADLINE FOR OBJECTIONS TO CONFIRMATION OF PLAN

  **PLEASE TAKE NOTICE that the Debtor has filed a** Chapter 13 Plan which may materially and adversely change the treatment or rights of creditors.

  **<u>Your rights may be affected</u>**. **You should read the Chapter 13 Plan carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

  If you oppose confirmation of the Chapter 13 Plan, and do not want the court to confirm it, or if you want the Court to consider your views, then not less than seven days before the hearing on confirmation scheduled below, you or your attorney must:

  (1) File with the court a written objection, explaining your positions and views as to why the court should not confirm the Chapter 13 Plan. The written objection must be filed at the following address:

  Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

  If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will actually receive it not less than seven days before the hearing on confirmation scheduled below.

  (2) Mail or deliver a copy of your written objection to the Debtor's attorney at the address stated below and to the Chapter 13 Trustee. You must attach a certificate of service to your written objection, stating when, how, and on whom (including addresses) you served the objection.

  If you or your attorney do not file a timely objection, the court may decide that you do not oppose confirmation of the Chapter 13 plan.

  A hearing on confirmation of the Chapter 13 Plan, will be held in **Courtroom 1202, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 at 09:30 A.M. on December 20, 2018**. You or your attorney must attend the hearing and advocate your position.

Dated: November 16, 2018

\_\_\_/s/_____
Howard Slomka, Esq.
GA Bar #652875
Attorney for Debtor
Slipakoff and Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339
(404) 800-4001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

ANTHONY QUINN MARTIN            :        CHAPTER 13
                                :
    Debtor.                     :        CASE NO.: 18-54511-PMB
                                :

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and **NOTICE OF HEARING ON CONFIRMATION OF PLAN AND OF DEADLINE FOR OBJECTIONS TO CONFIRMATION OF PLAN**, in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

1st Franklin Financial Corporation
PO Box 880 Attn: Administrative Services
Toccoa, GA 30577
Attn: Tammie Mathews

DATED: November 16, 2018

____/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
2859 Paces Ferry Rd, SE, Suite 1700
Atlanta, GA 30339